UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __VIEIRA__ | |
| Plaintiff | |
| v. | CIVIL ACTION |
| | NO. __1:21-10697-WGY__ |
| __De SOUZA__ | |
| Defendant | |

## JUDGMENT IN A CIVIL CASE

__YOUNG, DJ__

____   **Jury Verdict.**   This action came before the court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by the Court**.   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment for the plaintiff, Danilo De Paula Vieira.**

ROBERT M. FARRELL

CLERK OF COURT

Dated:   __7/2/2021__          By __/s/ Jennifer Gaudet__

Deputy Clerk